105 A.3d 656

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Patrick JACKSON, Respondent.**

**No. 152 EM 2014.**

Supreme Court of Pennsylvania.

Dec. 3, 2014.

## ORDER

PER CURIAM.

AND NOW, this 3rd day of December, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**